I understand that our plaintiff will have the assistance of a family member to interpret her argument to us today. Sir, can you just introduce yourself for us, let us know who you are. Buenos dias. When? My name is Edwin Dominguez Miolan and her son. Okay, thank you. Thank you. My name is Edwin Dominguez Miolan and her son. Okay, thank you. My name is Edwin Dominguez Miolan and her son. Ma'am, can I ask you what you told Pamela Sanchez  on the agency. And the agency used to send her to work in that place of work. The agency name was Marking. And they also said that she used to work for the NumerFoot group. So let's be careful to try to translate exactly what she's saying. You're adding things. And I don't know that everybody listening can understand both the Spanish and the English. So let's stick to what she says. Nunca trabajé para esa compañía, como le dije. Y yo vine a aclarar eso. Quería que me llamaran porque, como le dije. Okay. So she never worked for that company and she wanted to clarify that. Sí, porque quería aclararlo porque dicen que no había argumento porque yo trabajaba para ello. And they said that there was no argument because she used to work for them. Y eso no es así. Y tengo todos los documentos necesarios. And she has all the documentation necessary. Senor Emiliano, here is our problem. You may well have had something that was terrible done to you. But we are a court of limited jurisdiction. We can only take cases which involve diversity of jurisdiction and that is... El problema que ellos tienen es que la información... Ellos tienen solamente jurisdicción a cierta cosa y no a todo. Or cases that involve a specific federal claim. Con casos de corte que envuelven específicos casos. And my problem is that I do not see in your claims either of these so that even if you have a right, I am not allowed to do anything about it. Ellos no tienen esa documentación de lo que pasó. Okay. Yo tengo todos los documentos de lo que me pasó, lo que me pasó cuando me caí, las operaciones, toda la columna, parte, ahora decir, lumbar, cervical, 12 tornillos, 12 el hombro dos veces operado, la rodilla, también el codo, pero no me quise operar porque era demasiado. Okay. Okay. Let me try one more time what Judge Calabresi was saying. What I'd like you to understand is that our job is to decide whether the lower court made a mistake. Okay. And that court did not say anything about the facts of your case or your injuries. Okay. And all the court said was that it as a federal court did not have power over this case. Okay. And so for you to win before us, you would have to explain why the district court was about what it did say.  That's a, I admit that is a technical legal rule. Okay. But the rule is that the federal courts can only hear certain types of cases. And the district court said, yours is not that kind of case. Because number one, the case is about state law, not federal law. And number two, it is not a case between a New Yorker and someone from a different state. So unless you can show that it is a case between citizens of different states, then the court, the district court was right. So I just want you to understand that, that unfortunately this case is not about the facts of what happened. That's a question for the state courts, not for us. Okay. She answered. And she said, I'm sorry. If they say that she said that she knows that you guys are right. Why? The lawyers and the judge, they offer her $300,000. She didn't accept it. Because they wanted to give her $75,000. After, they offer $100,000. They were offering to her people $100,000. And then she asked what she was going to live on in school. Even if we agree. And even though we are sorry for your injuries. And even though we sometimes feel and look powerful. We don't have power over our cases. And that's what we have to decide today. So we're going to let the other lawyer talk for a moment. All right, Mr. O'Connell. Good morning, Your Honors. May it please the Court, William O'Connell for the defendant, Millmore Food Group, the defendant, Apelli. Your Honors, I think you've stated it already. The question here is subject matter jurisdiction. And the district court correctly found it did not have it. There is no federal question in here. This is a slip and fall at a food manufacturing facility. And there's no federal statute constitutional issue raised. There is no federal question under 1331 of the United States Code. This plaintiff's brief discusses Labor Law 200 and things of that nature, which are state law issues, and it just shows there's no federal question here. There's also no diversity. Plaintiff's complaint says that she is a citizen of New York and that the defendant is a citizen of New York. That obviously is not diversity. It's the plaintiff's burden to show and demonstrate facts showing complete diversity, and she failed to meet that burden. And the court correctly found that any attempt to amend would be futile, especially given the underlying lack of merit given the workers' compensation law exclusivity provision. Finally, there is no jurisdiction of this court over state court judgments. It's pretty clear under whether principles of res judicata, Rooker-Feldman doctrine, this court doesn't sit in appellate jurisdiction of a state court final order as there was in this case. Your Honors, no, each of the elements of the Rooker-Feldman doctrine, I don't think I need to go through them. So the court unfortunately doesn't have subject matter jurisdiction. I understand the injuries that were suffered, and I admire Ms. Muellen for being here. But unfortunately, the court does not have jurisdiction over this case. And unless the court has anything further, I'll rest on my brief. Thank you, Counsel. Ms. Muellen, you had reserved some time if you'd like to say anything else before we finish. Since this was her last opportunity that she had in this case, when she submitted her paperwork on the state, without registering or anything, they told her that it was canceled. They told her she could open it again. She tried. And since she didn't have a lawyer, it was her and her son looking for people to help her, so they can write the document. And they even wrote some of the documents incorrectly. So that's why the only opportunity they gave me was to come here to this court, to submit it here, so they can check the documents. That's all. May God bless you all.